"LA COMPAÑÍA DE LOS FERROCARRILES DE PUERTO RICO" ET AL.

*v.*

"LA COMPAÑÍA LINEA FERREA DEL OESTE" ET AL.

MOTION to dismiss an appeal.

No. 39.—Decided May 12, 1905.

APPEAL—JUDGMENT NOT ENTERED.—An appeal taken from a judgment before it has been entered in the book of judgments of the district court is premature and will be dismissed.

STATEMENT OF THE CASE.

The District Court of the Judicial District of San Juan rendered judgment in the above entitled case on March 15, 1905. On March 18th of the same year a notice of appeal from said judgment to the Supreme Court was filed; and on the 20th of said month and year the judgment was entered in the judgment book of said district court. On the 29th of April following, counsel for the respondent filed in the Supreme Court a motion to dismiss the aforesaid appeal on the ground, among others, that the notice of appeal had been filed before the entry of the judgment.

*Messrs. Dexter and Hernández Usera,* for petitioner.

*Mr. Alvarez Nava,* for respondent.

DECISION OF THE COURT.

In view of the provisions of subdivision 1, section 295, of the Code of Civil Procedure of the State of California, and the uniform construction of said provision by the Supreme Court of that State, the motion filed by counsel for respondent for dismissal of the appeal taken by Ramón Valdés from the judgment rendered by the District Court of San Juan on March 15th of this year, in the above mentioned case, is hereby sustained, said appeal being accordingly dismissed,

with costs against appellant, whereby the other motion of the same party, that the affidavit made and filed by the appellant's counsel be eliminated from the record, is also decided.

*Motion sustained.*

Chief Justice Quiñones and Justices Hernández, Figueras, MacLeary and Wolf concurred.